IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID BRIAN NEW,                                2:14-cv-01202-MA

         Petitioner,                          ORDER

v.

MARK NOOTH,

         Respondent.

MARSH, Judge

     Petitioner's motion to voluntary dismiss (#16) is GRANTED. This proceeding is DISMISSED, without prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

     IT IS SO ORDERED.

     DATED this **27** day of October, 2014.

                                        *Malcolm F. Marsh*
                                        Malcolm F. Marsh
                                        United States District Judge

1 - ORDER